*Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 4, 1973:
Judgment affirmed.

## Commonwealth *v.* Davis, Appellant.

Argued November 20, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Rudolph S. Pallastrone,* for appellant.

*Linda Conley,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D.*

*Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 4, 1973:
Order of the Superior Court affirmed.
Mr. Justice EAGEN dissents.

Commonwealth *v.* Boyer, Appellant.

Submitted November 8, 1972.  Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*William C. Haynes,* for appellant.